ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

T. GENE GILMAN, STEVEN A. GILMAN,
ARBOR SECURITIES, LTD., and
FINANCIAL LINKS, INC.,

    Defendants,

and

TRADETEK, LTD. and
COMMONWEALTH FINANCIAL HOLDINGS, INC.

    Relief Defendants.

CIVIL ACTION
NO. 05-10512-REK

---

### SEC's NOTICE OF FILING OF RETURN OF SERVICE OF PROCESS ON STEVEN A. GILMAN, AND STATUS REPORT OF ONGOING SERVICE EFFORTS ON GENE GILMAN AND FOUR COMPANIES

The Securities and Exchange Commission ("Commission"), plaintiff in the above-referenced matter, hereby notifies the Court and the parties of its filing of the return of service of process for defendant Steven A. Gilman ("S. Gilman"), and provides this status report on the ongoing efforts to perfect service of process on T. Gene Gilman ("Gene Gilman"), Arbor Securities, Ltd. ("Arbor Securities"), Financial Links, Inc. ("Financial Links"), TradeTek, Ltd. ("TradeTek") and Commonwealth Financial Holdings, Inc. ("Commonwealth").

Attached hereto as Exhibit A is the original Declaration of Service of Jacob Sider of Specialized Legal Services, which indicates that Mr. Sider personally served S.

Gilman with the Summons and Complaint at S. Gilman's residence at 67 Ford Street, San Francisco, CA on March 22, 1005 at 9:25 p.m.

Service efforts are ongoing with regard to Gene Gilman and his companies, Arbor Securities, Financial Links, TradeTek and Commonwealth. Service attempts have been unsuccessfully at Gene Gilman's last known addresses at 11 Morse Road, Newton, Massachusetts and at 200 Reservoir Street, Needham Heights, Massachusetts. Thereafter, the SEC secured the services of a skip tracer and a process server in Maine, where service attempts are also being made. The SEC will promptly advise the Court when service of process on Gene Gilman, Arbor Securities, Financial Links, TradeTek and/or Commonwealth has been completed, and will promptly file the appropriate returns of service.

Respectfully submitted,

Edward G. Sullivan
Senior Trial Counsel
Georgia Bar No. 691140

Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
3475 Lenox Road, N.E., Suite 1000
Atlanta, Georgia 30326
Telephone: (404) 842-7612

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

Edward G. Sulllivan
U.S. Securities and Exchange Commission
Atlanta District Office
3475 Lenox Road, N.E., Suite 1000
Atlanta, Georgia 30326-1232
Telephone: (404) 842-7612



APR 0 6 2005

ATTORNEY(S) FOR:  Plaintiff

UNITED STATES DISTRICT COURT

MASSACHUSETTS

| SECURITIES AND EXCHANGE COMMISSION | CASE NUMBER |
|---|---|
| Plaintiff, | 05 10512 REK |
| V. | |
| T. GENE GILMAN, STEVEN A. GILMAN, et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : STEVEN A. GILMAN

    By serving     : Steven A. Gilman, Personally

    Address        : (Home)
                         67 Ford Street
                         San Francisco, CA 94114

    Date of Service : March 22, 2005

    Time of Service : 9:25 PM

EXHIBIT A

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: April 4, 2005

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 916

Signature: _____
JACOB SIDER

165136

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SEC's NOTICE OF FILING OF RETURN OF SERVICE ON STEVEN A. GILMAN, AND STATUS REPORT OF ONGOING SERVICE EFFORTS ON GENE GILMAN AND FOUR COMPANIES** was served by United States first-class mail this 26th day of April, 2005, upon the following:

T. Gene Gilman
Arbor Securities, Ltd.
Financial Links, Inc.
TradeTek, Ltd.
Commonwealth Financial Holdings, Inc.
133 Kennedy Memorial Drive
Waterville, Maine 04901

T. Gene Gilman
Arbor Securities, Ltd.
Financial Links, Inc.
TradeTek, Ltd.
Commonwealth Financial Holdings, Inc.
11 Morse Road
Newton, Massachusetts 02460

Steven A. Gilman
67 Ford Street
San Francisco, California 94114

_____
Edward G. Sullivan
Georgia Bar No. 691140

Counsel for Plaintiff
Securities and Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, Georgia 30326
(404) 842-7612

3