ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION<br>NO. 05-10512-REK |
| v. | |
| T. GENE GILMAN, STEVEN A. GILMAN,<br>ARBOR SECURITIES, LTD., and<br>FINANCIAL LINKS, INC., | |
| Defendants, | |
| and | |
| TRADETEK, LTD. and<br>COMMONWEALTH FINANCIAL HOLDINGS, INC. | |
| Relief Defendants. | |

SEC's APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT AGAINST ALL DEFENDANTS AND RELIEF DEFENDANTS AND NOTICE OF FILING OF RETURNS OF SERVICE OF PROCESS ON T. GENE GILMAN, ARBOR SECURITIES, LTD., FINANCIAL LINKS, INC., TRADETEK, LTD. AND COMMONWEALTH FINANCIAL HOLDINGS, INC.

The Securities and Exchange Commission ("Commission"), plaintiff in the above-referenced matter, hereby applies to the Clerk of the Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entries of default against defendants T. Gene Gilman ("Gilman"), Steven A. Gilman ("S. Gilman"), Arbor Securities, Ltd. ("Arbor Securities"), Financial Links, Inc. ("Financial Links") and against relief defendants TradeTek, Ltd. ("TradeTek") and Commonwealth Financial Holdings, Inc. ("Commonwealth"). Entry of default is sought against these parties for failure to plead or otherwise defend as provided by Rule 55(a).

In support of this application for entry of default against S. Gilman, the plaintiff previously filed the return of service of process on S. Gilman.[1] Further, in support of this application for entry of default against all other defendants and relief defendants, the Commission has attached hereto, and incorporated herein by reference, five (5) "Returns of Service," which are executed on the reverse of summonses to Gilman, Arbor Securities, Financial Links, TradeTek and Commonwealth. Each return of service indicates that the parties were personally served by service on Gilman (who controls all of the entities) on May 25, 2005 at his seasonal home located at 133 Kennedy Memorial Drive, Waterville, Maine, by process server Kevin Surette. In addition, Mr. Surette has executed (and had notarized) individual affidavits, for Gilman and the four (4) entities which similarly set for that service on all remaining defendants was accomplished on May 25, 2005 by personal service on Gilman at his home in Maine.

S. Gilman's answer was due to be filed not later than April 11, 2005. Gilman and the four entities were obligated to file answers to the complaint not later than June 14, 2005. None of the six party defendants have filed an answer as required by the federal rules. Since the defendants have not timely filed responses to the pleading, and have not sought extensions, these entries of default are now appropriate.

Under Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of Court is instructed to enter a default against a defendant who "has failed to plead or otherwise defend as provided by the rules," when a failure to defend is made to appear by affidavit or otherwise. Indeed, the purpose of Rule 55(a) is to relieve the district judge of the obligation of reviewing applications for the entry of default. 6 James W. Moore et al.

---

[1] The affidavit which establishes that S. Gilman was served on March 22, 2005 with the summons and complaint in this matter (in San Francisco, CA, by server Jacob Sider), was itself filed with this Court on April 27, 2005 and is now part of the record in this case.

Moore's Federal Practice ¶ 55.03[1] n.16 (2d ed. 1992). Thus, the power to enter default is given to the Clerk. Based therefore on the declaration of Jacob Sider as to service on S. Gilman, and the attached five (5) declarations and affidavits of Kevin Surette as to service on Gilman and the four entities, and the authority specifically granted to the Clerk by Rule 55(a), the Commission respectfully requests the Clerk enter defaults against defendants Gilman, S. Gilman, Arbor Securities, Financial Links and against relief defendants TradeTek and Commonwealth forthwith.

Respectfully submitted,

/s/ Edward G. Sullivan
Edward G. Sullivan
Senior Trial Counsel
Georgia Bar No. 691140

Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
3475 Lenox Road, N.E., Suite 1000
Atlanta, Georgia 30326
Telephone: (404) 842-7612

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SEC's NOTICE OF FILING OF RETURN OF SERVICE ON STEVEN A. GILMAN, AND STATUS REPORT OF ONGOING SERVICE EFFORTS ON GENE GILMAN AND FOUR COMPANIES** was served by United States first-class mail this 16th day of June, 2005, upon the following:

T. Gene Gilman
Arbor Securities, Ltd.
Financial Links, Inc.
TradeTek, Ltd.
Commonwealth Financial Holdings, Inc.
133 Kennedy Memorial Drive
Waterville, Maine 04901

T. Gene Gilman
Arbor Securities, Ltd.
Financial Links, Inc.
TradeTek, Ltd.
Commonwealth Financial Holdings, Inc.
11 Morse Road
Newton, Massachusetts 02460

Steven A. Gilman
67 Ford Street
San Francisco, California 94114

Edward G. Sullivan
Georgia Bar No. 691140

Counsel for Plaintiff
Securities and Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, Georgia 30326
(404) 842-7612

4

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Securities and Exchange Commission

v.

T. Gene Gilman, Steven A. Gilman, Arbor Securities, Ltd., and Financial Links, Inc., Defendants, and
TradeTek, Ltd., and Commonwealth Financial Holdings, Inc., Relief Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10512 RTV

TO: (Name and address of Defendant)

T. Gene Gilman
11 Morse Road
Newton, Massachusetts 02460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward G. Sullivan
Securities and Exchange Commission
3475 Lenox Road, N.E.  Suite 1000
Atlanta, Georgia  30326

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

3-17-05

DATE

(By) DEPUTY CLERK

# Affidavit of Process Server

US District Court
(NAME OF COURT)

| SEC | VS | Gilman Arbor Fin. Links Trade Tek Comm Fin. | 05 10512 REK |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Kevin J Surette, CPP__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __T. Gene Gilman__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons & Complaint__

by leaving with __T. Gene Gilman__ _____ At
     NAME                                   RELATIONSHIP

☑ Residence __133 Kennedy Memorial Drive__   __Waterville Maine__
              ADDRESS                          CITY / STATE

☐ Business _____ _____
              ADDRESS                          CITY / STATE

On __05/25/2005__ AT __10:00 AM EST__
     DATE                     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE
from_____ _____ _____
     CITY          STATE         ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
                                                    DATE       TIME        DATE       TIME
(3)_____ _____ (4)_____ _____ (5)_____ _____
   DATE        TIME        DATE        TIME        DATE         TIME

**Description:.** Age __57__ Sex __M__ Race __C__ Height __6Ft__ Weight __190__ Hair __G__ Beard ____ Glasses ____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __31st__ day of __May__, 2005.

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of __Maine__



FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Securities and Exchange Commission
                V.
T. Gene Gilman, Steven A. Gilman, Arbor
Securities, Ltd., and Financial Links, Inc.,
Defendants, and
TradeTek, Ltd., and Commonwealth Financial
Holdings, Inc., Relief Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10512 REK

TO: (Name and address of Defendant)

Arbor Securities, Ltd.　　　OR　　　Arbor Securities, Ltd.
c/o T. Gene Gilman　　　　　　　　　　200 Reservoir Street
11 Morse Road　　　　　　　　　　　　 Needham Heights, MA 02494
Newton, MA 02460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward G. Sullivan
Securities and Exchange Commission
3475 Lenox Road, N.E. Suite 1000
Atlanta, Georgia 30326

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK　　　　　　　　　　　　　　　　　　　　DATE　3/17/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/25/05 |
| NAME OF SERVER (PRINT) Kevin J. Surette | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
133 Kennedy Memorial Dr Waterville, ME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/05
             Date              Signature of Server

PO Box 114 Litchfield ME
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

US District Court
(NAME OF COURT)

| SEC | vs | Gilman Arbor Fin. Links Trade Tek Comm Fin. | 05 10512 REK |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I  Kevin J Surette, CPP , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served  Arbor Seewth LTD
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with  T. Gene Gilman                                                                                                 At
NAME                                                   RELATIONSHIP

☒ Residence  133 Kennedy Memorial Drive        Waterville Maine
ADDRESS                                              CITY / STATE

☐ Business _____
ADDRESS                                              CITY / STATE

On  05/25/2005                       AT   10:00 AM EST
DATE                                                 TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE    TIME    DATE    TIME

(3) _____ (4) _____ (5) _____
DATE    TIME    DATE    TIME    DATE    TIME

**Description:**. Age 57  Sex M  Race C  Height 6Ft  Weight 190  Hair ∅  Beard ___  Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this  31st  day of  May , 2005.

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of  Maine


NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Securities and Exchange Commission

v.

T. Gene Gilman, Steven A. Gilman, Arbor Securities, Ltd., and Financial Links, Inc., Defendants, and
TradeTek, Ltd., and Commonwealth Financial Holdings, Inc., Relief Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10512 REK**

TO: (Name and address of Defendant)

Financial Links, Inc.
c/o T. Gene Gilman
11 Morse Road
Newton, MA 02460

OR

Financial Links, Inc.
200 Reservoir Street
Needham Heights, MA 02494

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward G. Sullivan
Securities and Exchange Commission
3475 Lenox Road, N.E. Suite 1000
Atlanta, Georgia 30326

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY

DATE  3-17-05

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/25/05 |
| NAME OF SERVER (PRINT) Kevin J. Surette | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
133 Kennedy Memrl Drive, Waterville, MC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-25-05
_____
Date

_____
Signature of Server

PO Box 116 Litchfield, ME 04352
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

US District Court
(NAME OF COURT)

| SEC | vs | Gilman Arbor Fin. Links Trade Tek Comm Fin. | 05 10512 REK |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Kevin J Surette, CPP**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _Financial Links Inc_
NAME OF PERSON/ENTITY BEING SERVED

with (list documents) __Summons & Complaint__

by leaving with __T. Gene Gilman__ _____ At
NAME                    RELATIONSHIP

☒ Residence  __133 Kennedy Memorial Drive__   __Waterville Maine__
ADDRESS                          CITY / STATE

☐ Business _____ _____
ADDRESS                          CITY / STATE

On __05/25/2005__ AT __10:00 AM EST__
   DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY        STATE       ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ _____  (2)_____ _____
                                                    DATE      TIME           DATE      TIME
(3)_____ _____  (4)_____ _____  (5)_____ _____
   DATE       TIME               DATE       TIME               DATE       TIME

**Description:** Age __57__ Sex __M__ Race __C__ Height __6Ft__ Weight __190__ Hair __G__ Beard _____ Glasses _____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __31st__ day of __May__, 200_5_.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __Maine__



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  Massachusetts _____

Securities and Exchange Commission

V.

T. Gene Gilman, Steven A. Gilman, Arbor
Securities, Ltd., and Financial Links, Inc.,
Defendants, and
TradeTek, Ltd., and Commonwealth Financial
Holdings, Inc., Relief Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05  10512 REK**

TO: (Name and address of Defendant)

TradeTek, Ltd.                OR    TradeTek, Ltd.
c/o T. Gene Gilman                   200 Reservoir Street
11 Morse Road                        Needham Heights, MA 02494
Newton, MA 02460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward G. Sullivan
Securities and Exchange Commission
3475 Lenox Road, N.E. Suite 1000
Atlanta, Georgia 30326

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

3-17-05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE 5/25/05 |
| NAME OF SERVER (PRINT) Kevin J. Surette || TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
133 Kennedy Memorial Drive, Waterville, ME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/05
_____
Date         Signature of Server

PO Box 116 Litchfield ME 04350
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

US District Court
(NAME OF COURT)

| SEC | VS | Gilman Arbor Fin. Links Trade Tek Comm Fin. | 05 10512 REK |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Kevin J Surette, CPP, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _Trade Teir Limited_
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons & Complaint__

by leaving with __T. Gene Gilman__ At
NAME                                        RELATIONSHIP

☑ Residence  133 Kennedy Memorial Drive        Waterville Maine
              ADDRESS                           CITY / STATE

☐ Business _____
              ADDRESS                           CITY / STATE

On __05/25/2005__ AT __10:00 AM EST__
    DATE                                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE
from _____
     CITY        STATE        ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                   DATE   TIME        DATE   TIME
(3) _____ (4) _____ (5) _____
    DATE   TIME        DATE   TIME        DATE   TIME

Description: Age _57_ Sex _M_ Race _C_ Height _6Ft_ Weight _190_ Hair _G_ Beard ___ Glasses ___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __31st__ day of __May__, 2005.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __Maine__


NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Securities and Exchange Commission

v.

T. Gene Gilman, Steven A. Gilman, Arbor Securities, Ltd., and Financial Links, Inc., Defendants, and
TradeTek, Ltd., and Commonwealth Financial Holdings, Inc., Relief Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10512 REK**

TO: (Name and address of Defendant)

Commonwealth Financial Holdings, Inc.  OR  Commonwealth Financial Holdings, Inc.
c/o T. Gene Gilman                           200 Reservoir Street
11 Morse Road                                Needham Heights, MA 02494
Newton, MA 02460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward G. Sullivan
Securities and Exchange Commission
3475 Lenox Road, N.E. Suite 1000
Atlanta, Georgia 30326

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK                                          DATE   3-17-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5/25/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kevin J. Surette | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   133 Kennedy Memorial Drive, Waterville, ME.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/05
             ———————————
                 Date               *Signature of Server*

PO Box 116 Litchfield ME 04350
——————————————————————
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

US District Court
(NAME OF COURT)

| SEC | VS | Gilman Arbor Fin. Links Trade Tek Comm Fin. | 05 10512 REK |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Kevin J Surette, CPP**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _Commonwealth Financial Holdings_
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Complaint**

by leaving with **T. Gene Gilman** _____ At
NAME                         RELATIONSHIP

☑ Residence **133 Kennedy Memorial Drive**     **Waterville Maine**
ADDRESS                                     CITY / STATE

☐ Business _____
ADDRESS                                     CITY / STATE

On **05/25/2005** AT **10:00 AM EST**
DATE                     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY      STATE      ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE  TIME                DATE  TIME

(3)_____ (4)_____ (5)_____
DATE  TIME        DATE  TIME        DATE  TIME

Description:. Age **57** Sex **M** Race **C** Height **6Ft** Weight **190** Hair **G** Beard ____ Glasses ____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **31st** day of **May** 2005.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Maine**



FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS