UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SECURITIES AND EXCHANGE COMMISSION**
**Plaintiff**

CIVIL ACTION

NO. 05-10512-REK

V.

**T. GENE GILMAN, et al**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Securities and Exchange Commission for an order of Default for failure of the Defendants, all defendants, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted this 2nd day of March, 2006.

SARAH A. THORNTON
CLERK OF COURT

By:  /s/ JENNIFER FILO
Deputy Clerk

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)